IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FERNANDO MONTANEZ RODRIGUEZ                                                    PLAINTIFF

v.                                           Case No. 5:14-CV-05019

LIEUTENANT LARA; JANE DOE DEPUTY;
DEPUTY TORRES; and BENTON COUNTY
CIRCUIT COURT                                                                  DEFENDANTS

## O R D E R

The Court has received proposed findings and recommendations (Doc. 9) from United States Magistrate Judge Erin L. Setser. Plaintiff Fernando Montanez Rodriguez subsequently caused to be filed several exhibits (Doc. 9) that do not appear to be responsive in any comprehensible way to the Magistrate's report and recommendation. After careful review, the Court concludes that the findings and recommendations of the Magistrate should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

In his subsequent filing (Doc. 9), Plaintiff does not explain or justify his failure to comply with the Magistrate's April 18 order (Doc. 6) to sign and return an attached addendum to his complaint, nor does he explain or justify his failure to comply with the Magistrate's May 14 order (Doc. 7) to show cause. No explanation for the failure to comply with these orders and failure to prosecute this action is apparent from Plaintiff's filings.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 31st day of July, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE